# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00556-CV

Ecommerce Lending, LLC, Appellant

v.

American Property Investment, Inc, Appellee

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 25-2720-C368, THE HONORABLE SARAH MOORE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ecommerce Lending, LLC has filed an unopposed motion to dismiss with prejudice its interlocutory appeal against appellee American Property Investment, Inc. because the parties have settled the matter. We grant appellant's motion and dismiss the lawsuit and the appeal with prejudice. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellant's Motion

Filed: July 24, 2026